DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 MAY 2017

| 449P11-16 | State v. Charles Everette Hinton | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Full Evidentiary Hearing and Trial *De Novo* | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| | | 4. Def's *Pro Se* Motion for Trial *De Novo* | 4. Dismissed |
| | | 5. Def's *Pro Se* Motion for Trial By Jury | 5. Dismissed |
| | | | **Ervin, J., recused** |
| 454P16 | State v. Andrew Robert Holloway | 1. State's Motion for Temporary Stay (COA16-381) | 1. Allowed **12/20/2016** Dissolved **05/03/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 460P16 | In the Matter of D.P. and B.P. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA16-529) Denied | |
| 462P16 | State v. David Lee Applewhite | Def's PDR Under N.C.G.S. § 7A-31 (COA16-335) | Denied |
| 505P96-3 | State v. Melvin Lee White (DEATH) | Def's Motion for Extension of Time to File Petition for *Writ of Certiorari* | Allowed **04/13/2017** |
| 538P13-2 | State v. Ronald Wayne Spann | 1. Def's Petition for *Writ of Certiorari* to Review Order of COA (COAP16-909) | 1. Dismissed |
| | | 2. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Caldwell County | 2. Dismissed |
| | | | **Ervin, J., recused** |